AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means ☒ Original Duplicate Original

# UNITED STATES DISTRICT COURT

for the District of Maryland

✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED
1:49 pm, Oct 19 2026
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY CR Deputy

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*
**a blood sample drawn from**
**ERIKA BARRIOS MUNOZ**

Case No. 1:26-mj-02789-EA

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the District of Maryland *(identify the person or describe the property to be searched and give its location)*:

**ERIKA BARRIOS MUNOZ**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

**the alcohol and/or drug content of the blood of ERIKA BARRIOS MUNOZ**

**YOU ARE COMMANDED** to execute this warrant on or before 10/18/2026 @ 10:58 AM *(not to exceed 3 hours)*
❒ **X** in the daytime 6:00 a.m. to 10:00 p.m. __ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to Erin Aslan.
*(United States Magistrate Judge)*

❒ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
❒ for_____days *(not to exceed 30)* _____ until, the facts justifying, the later specific date of __________.

Date and time issued: 10/18/2026 @ 7:58 AM

*Judge's signature*

City and state: Baltimore, Maryland

Erin Aslan, United States Magistrate Judge
*Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

**Return**

| Case No.: 1:26-mj-02789-EA | Date and time warrant executed: 10/18/2026 | Copy of warrant and inventory left with: |
|---|---|---|

Inventory made in the presence of : Ofc. D. Perez

Inventory of the property taken and name(s) of any person(s) seized:

Two Vials of Blood Belonging to defendent Muoz, Erika Barrios

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/19/2026

[signature]
*Executing officer's signature*

Michael C. Millin, Ofc.
*Printed name and title*